IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | * | CASE NO. 10-00768 |
|---|---|---|
| ELENA AROCHO FELIX | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

## MOTION SUBMITTING DOCUMENTS

TO THE HONORABLE COURT:

COMES NOW the debtor, through the undersigned attorney, and respectfully states and prays:

1. Debtor filed this voluntary petition under Chapter 13 of the Title 11 of the U.S. Code on February 4, 2010.

2. Debtor submit copy of the following documents:

    a. Payroll Stubs from Health Care Consulting Services

3. Therefore, debtor respectfully request from this Honorable Court takes notice of the above submitted documentation.

**WHEREFORE,** debtor respectfully request from this Honorable Court takes notice of the above submitted documentation in compliance, with such further relief as is just and proper.

**RESPECTFULLY SUBMITTED** In San Juan, Puerto Rico, this 4th day of February in 2010.

HEREBY CERTIFY, that the foregoing motion has been electronically filed through CM/ECF electronic filing system which will serve the same to the Chapter 13 trustee and all parties in interest.

SANTIAGO, MALAVET & SANTIAGO LAW OFFICES P.S.C.
SAGRADO CORAZON # 470
SAN JUAN, PUERTO RICO 00915
727-3058 / 268-7749

/s/: JESUS SANTIAGO MALAVET, ESQ
USDCPR 202112
chu1t0@yahoo.com

\\Office-server\casos\QUIEBRAS -- INSOLVENCY\2009\Chapter 13\Elena Arocho Felix\Motion Submitting Documents.wpd

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| P-B | 000479 | 1208 | | 0000008360 | 1 |

# Earnings Statement

**HEALTH CARE CONSULTING SERVICES**
PO BOX 192032
SAN JUAN, PR 00919-2032

Period Ending: 10/31/2009
Pay Date: 10/30/2009

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal:　Tax Exempt
　PR:　$58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 79.25 | 574.56 | 7,273.72 |
| Overtime | 10.8750 | 1.75 | 19.03 | 24.47 |
| Holiday | | | | 103.15 |
| Sick | | | | 50.75 |
| **Gross Pay** | | | **$593.59** | 7,452.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 49.00 |
| Vacation | | 70.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -36.80 | 462.03 |
| | Medicare Tax | -8.61 | 108.06 |
| | PR State Income Tax | -3.59 | 21.19 |
| | **Other** | | |
| | Disability | -1.42 | 17.88 |
| | **Net Pay** | **$543.17** | |

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| P-B | 000479 | 208 | 0000008250 | 1 | |

**Earnings Statement**

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

Period Ending: 10/15/2009
Pay Date: 10/16/2009

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: Tax Exempt
   PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 83.50 | 605.38 | 6,699.16 |
| Overtime | | | | 5.44 |
| Holiday | | | | 103.15 |
| Sick | | | | 50.75 |
| **Gross Pay** | | | **$605.38** | 6,858.50 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -37.54 | 425.23 |
| Medicare Tax | | -8.78 | 99.45 |
| PR State Income Tax | | -4.42 | 17.60 |
| **Other** | | | |
| Disability | | -1.45 | 16.46 |
| **Net Pay** | | **$553.19** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 41.00 |
| Vacation | | 60.00 |



© 1998 2006 ADP, Inc. All Rights Reserved.

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| P-B | 000479 | 208 | 0000008137 | 1 | |

# Earnings Statement

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

Period Ending: 09/30/2009
Pay Date: 09/30/2009

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: Tax Exempt
 PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 78.25 | 567.31 | 6,093.78 |
| Overtime | 10.8750 | .50 | 5.44 | 5.44 |
| Holiday | | | | 103.15 |
| Sick | | | | 50.75 |
| **Gross Pay** | | | **$572.75** | 6,253.12 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 41.00 |
| Vacation | | 60.00 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Social Security Tax | -35.51 | 387.69 |
| Medicare Tax | -8.30 | 90.67 |
| PR State Income Tax | -2.13 | 13.18 |
| **Other** | | |
| Disability | -1.37 | 15.01 |
| **Net Pay** | **$525.44** | |

©1998, 2006 ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| P-B | 000479 | 208 | | 0000008030 | 1 |

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

**Earnings Statement**

Period Ending: 09/15/2009
Pay Date: 09/16/2009

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: Tax Exempt
    PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 71.25 | 516.56 | 5,526.47 |
| Holiday | 7.2500 | 7.00 | 50.75 | 103.15 |
| Sick | | | | 50.75 |
| **Gross Pay** | | | **$567.31** | 5,680.37 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 33.00 |
| Vacation | | 50.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -35.17 | 352.18 |
| | Medicare Tax | -8.23 | 82.37 |
| | PR State Income Tax | -1.75 | 11.05 |
| | **Other** | | |
| | Disability | -1.36 | 13.64 |
| | **Net Pay** | **$520.80** | |

© 1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| P-B | 000479 | 208 | | 0000007921 | 1 |

# Earnings Statement 

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

Period Ending: 08/31/2009
Pay Date: 09/01/2009

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: Tax Exempt
    PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 76.50 | 554.63 | 5,009.91 |
| Holiday | | | | 52.40 |
| Sick | | | | 50.75 |
| **Gross Pay** | | | **$554.63** | 5,113.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 25.00 |
| Vacation | | 40.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -34.39 | 317.01 |
| Medicare Tax | | -8.04 | 74.14 |
| PR State Income Tax | | -0.86 | 9.30 |
| **Other** | | | |
| Disability | | -1.33 | 12.28 |
| **Net Pay** | | **$510.01** | |

©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | ?T. | CLOCK | NUMBER | 036 |
|---|---|---|---|---|---|
| P-B | 000479 | 208 | 0000007809 | 1 | |

# Earnings Statement

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

Period Ending: 08/15/2009
Pay Date: 08/14/2009

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: Tax Exempt
   PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 55.50 | 402.38 | 4,455.28 |
| Sick | 7.2500 | 7.00 | 50.75 | 50.75 |
| Holiday | | | | 52.40 |
| Gross Pay | | | $453.13 | 4,558.43 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 25.00 |
| Vacation | | 40.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -28.09 | 282.62 |
| | Medicare Tax | -6.57 | 66.10 |
| | PR State Income Tax | | 8.44 |
| | **Other** | | |
| | Disability | -1.09 | 10.95 |
| | **Net Pay** | **$417.38** | |

©1998, 2006 ADP Inc. All Rights Reserved.

TEAR HERE

| CO. | FILE | ⁓T. | CLOCK NUMBER | 036 |
|---|---|---|---|---|
| P-B | 000479 | .208 | 0000007699 | 1 |

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

# Earnings Statement

Period Ending: 07/31/2009
Pay Date: 07/31/2009

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: Tax Exempt
   PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 82.00 | 594.50 | 4,052.90 |
| Holiday | | | | 52.40 |
| **Gross Pay** | | | **$594.50** | 4,105.30 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 32.00 |
| Vacation | | 40.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -36.86 | 254.53 |
| | Medicare Tax | -8.62 | 59.53 |
| | PR State Income Tax | -3.66 | 8.44 |
| | **Other** | | |
| | Disability | -1.43 | 9.86 |
| | **Net Pay** | **$543.93** | |

©1998, 2006. ADP, Inc. All Rights Reserved.
EAR HERE

| CO. | FILE | ?T. | CLOCK NUMBER | 036 |
|---|---|---|---|---|
| P-B | 000479 | ..208 | 0000007585 | 1 |

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

# Earnings Statement

Period Ending: 07/15/2009
Pay Date: 07/16/2009

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: Tax Exempt
   PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.5500 | 80.00 | 524.00 | 3,458.40 |
| Holiday | | | | 52.40 |
| **Gross Pay** | | | **$524.00** | 3,510.80 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -32.49 | 217.67 |
| | Medicare Tax | -7.60 | 50.91 |
| | PR State Income Tax | | 4.78 |
| | **Other** | | |
| | Disability | -1.26 | 8.43 |
| **Net Pay** | | **$482.65** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | | 24.00 |
| Vacation | | 30.00 |



©1998, 2006 ADP, Inc. All Rights Reserved.

TEAR HERE

| CO. | FILE | DEPT. | CLOCK NUMBER | 036 |
| --- | --- | --- | --- | --- |
| P-B | 000479 | 601208 | 0000008470 | 1 |

**HEALTH CARE CONSULTING SERVICES**
**PO BOX 192032**
**SAN JUAN, PR 00919-2032**

# Earnings Statement

Period Ending: 11/15/2009
Pay Date: 11/16/2009

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: Tax Exempt
  PR: $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 7.2500 | 71.00 | 514.75 | 7,788.47 |
| Overtime | 10.8750 | 6.25 | 67.97 | 92.44 |
| Sick | 7.2500 | 7.00 | 50.75 | 101.50 |
| Holiday | | | | 103.15 |
| **Gross Pay** | | | **$633.47** | 8,085.56 |

| Deductions | | this period | year to date |
| --- | --- | --- | --- |
| **Statutory** | | | |
| Social Security Tax | | -39.27 | 501.30 |
| Medicare Tax | | -9.18 | 117.24 |
| PR State Income Tax | | -6.38 | 27.57 |
| **Other** | | | |
| Disability | | -1.52 | 19.40 |
| **Net Pay** | | **$577.12** | |

| Other Benefits and Information | this period | total to |
| --- | --- | --- |
| Sick | | 4: |
| Vacation | | 7( |

CO. FILE DEPT. CLOCK NUMBER 036
P-B 000479 601208          0000008580 1

HEALTH CARE CONSULTING SERVICES
PO BOX 192032
SAN JUAN, PR 00919-2032

# Earnings Statement

Period Ending: 11/30/2009
Pay Date: 11/25/2009

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:     Tax Exempt
  PR:          $58 Exemption

ELENA AROCHO FELIX
PMB 119
PO BOX 70344
SAN JUAN, PR 00936

Social Security Number: XXX-XX-2497

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.2500 | 57.50 | 416.88 | 8,205.35 |
| Overtime | 10.8750 | .50 | 5.44 | 97.88 |
| Holiday | 7.2500 | 7.00 | 50.75 | 153.90 |
| Sick | 7.2500 | 7.00 | 50.75 | 152.25 |
| Vacation | 7.2500 | 7.00 | 50.75 | 50.75 |
| **Gross Pay** | | | **$574.57** | 8,660.13 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Sick | | 3 |
| Vacation | | 6 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -35.63 | 536.93 |
| | Medicare Tax | -9.33 | 125.57 |
| | PR State Income Tax | -2.26 | 29.83 |
| | **Other** | | |
| | Disability | -1.38 | 20.78 |
| | **Net Pay** | **$525.97** | |