IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-00768 ESL

ELENA AROCHO-FELIX                Chapter 13

XXX-XX-2497

FILED & ENTERED ON 05/13/2010

Debtor(s)

### ORDER DISMISSING CASE

It appearing that debtors have failed to comply with this court's order of 04/07/2010 (see docket entry #12), it is now

ORDERED that the instant case be and it is hereby dismissed.

SO ORDERED.

San Juan, Puerto Rico, this 13 day of May, 2010.

*Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: All Creditors